

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| EDUARDO A. JONSON, | § | No. 08-20-00169-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 261st Judicial District Court |
| LONG DUONG and REMY GROUSSON, | § | of Travis County, Texas |
| Appellees. | § | (TC# D-1-GN-19-006950) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and his sureties, if any, all costs in this Court. *See* TEX.R.APP.P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF DECEMBER, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.